NEWMAN, APPELLANT, *v.* AL CASTRUCCI FORD, INC., APPELLEE.

[Cite as *Newman v. Al Castrucci Ford, Inc.* (1992), 63 Ohio St.3d 1202.]

(No. 90–2508—Submitted January 21, 1992—Decided March 4, 1992.)

*David J. Boyd,* for appellant.

*Taft, Stettinius & Hollister* and *Timothy C. Sullivan,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.